LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Rebecca A. Peterson, #241858
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com

*Attorney for Plaintiff*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROME ISH-HURWITZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRADER JOE'S COMPANY, INC. <br><br> Defendant. | Case No.: 3:23-cv-00513 GPC-BGS <br><br> **PLAINTIFF'S NOTICE OF RELATED CASE** |

Pursuant to Civil Local Rule 40.1(f), Plaintiff Rome Ish-Hurwitz, through his counsel, notes the following as a potentially related case:

*Morrison v. Trader Joe's Company*, Case No.: 3:23-cv-00061, filed in the Southern District of California on January 12, 2023,

*Ish-Hurwitz v. Trader Joe's Company, Inc.*, Case No.: 3:23-cv-00513, filed in the Northern District of Illinois on January 20, 2023, transferred to the Southern District of California on March 22, 2023.

Under Civil Local Rule 40.1(e), cases are related when they appear to "(1) to arise from the same or substantially identical transactions, happenings, or events; or (2) involve the same or substantially the same parties or property, or … (4) call for determination of the same or substantially identical questions of law."

Here, this action and the *Morrison* action arise from the same or substantially identical transactions or events, involve the same defendant party, and call for determination of the same or substantially identical questions of law. Both actions are class actions that arise from Defendant Trader Joe's Company's willful sale of dark chocolate products that are contaminated with lead and cadmium. Both actions assert that such acts by Trader Joe's violates state laws prohibiting unlawful, unfair, and fraudulent business practices. Accordingly, both actions will involve the same questions of law and fact, including but not limited to: (i) whether the chocolate products manufactured and sold by Defendant Trader Joe's contain lead or cadmium,

(ii) whether Trader Joe's conduct is unethical, oppressive, unscrupulous, or injurious to consumers, (iii) whether the presence of lead and/or cadmium in the dark chocolate products is material to a reasonable consumer, and (iv) whether Trader Joe's had a duty to disclose that its dark chocolate products contained lead and/or cadmium.

For the foregoing reasons, both actions are related, and this Action should be reassigned to the Honorable Ruth Bermudez Montenegro, presiding over the *Morrison* action in this court.

Dated: March 28, 2023       LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Rebecca A. Peterson
Rebecca A. Peterson, #241858
Robert K. Shelquist, *Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

FREED KANNER LONDON AND MILLEN, LLC
Jonathan M. Jagher
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
jjagher@fklmlaw.com

GEORGE GESTEN MCDONALD, PLLC
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
LFeldman@4-Justice.com

GEORGE GESTEN MCDONALD, PLLC
David J. George
Brittany L. Brown
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
DGeorge@4-Justice.com
BBrown@4-justice.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson
Catherine Sung-Yun K. Smith
Shashi Gowda
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
sgowda@gustafsongluek.com


BARRACK, RODOS & BACINE
Stephen R. Basser
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

**Attorneys for Plaintiff Rome Ish-Hurwitz**